**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALEXANDER J. DE MARKOFF,               )<br>                                                                 )<br>                    Plaintiff,                        )<br>                                                                 )<br>       v.                                                   )<br>                                                                 )<br>SUPERIOR COURT OF CALIFORNIA )<br>COUNTY OF TULARE; LARAYNE     )<br>CLEEK; DOREEN VITALE; KERRIE    )<br>SCALIA; DEANNA JASSO;                   )<br>and DOES 1 through 20,                        )<br>                                                                 )<br>                    Defendants.                    )<br>_____) | 1:11-cv-02017-AWI-MJS<br><br>ORDER VACATING HEARING<br>DATE AND TAKING MATTER<br>UNDER SUBMISSION<br><br>(Docs. 12, 14) |

   Defendants Superior Court of California, County of Tulare, Larayne Cleek, Doreen Vitale, Kerrie Scalia and Deanna Jasso have filed motions to dismiss and strike the complaint of plaintiff Alexander J. De Markoff.  The Court, having reviewed the pleadings of record and all competent and admissible evidence submitted, finds these matters suitable for decision without oral argument.  *See* Local Rule 230(g).

   The hearing date of December 10, 2012 is hereby VACATED and the parties shall not appear.  The Court will take the matter under submission and thereafter issue its decision.

IT IS SO ORDERED.

Dated:     December 3, 2012                                    _____
                                                                              UNITED STATES DISTRICT JUDGE