UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ALEXANDER J. DE MARKOFF**, <br><br> Plaintiff <br><br> v. <br><br> **SUPERIOR COURT OF CALIFORNIA, COUNTY OF TULARE, LARAYNE CLEEK, DOREEN VITALE, KERRIE SCALIA, DEANNA JASSO, DOES 1 through 20,** <br><br> **Defendants** | **CASE NO. 1:11-CV-2017  AWI MJS** <br><br> **ORDER VACATING HEARING DATE OF APRIL 21, 2014** |

Defendants have made a motion for summary judgment. Doc. 33.  Plaintiff opposes the motion. Doc. 45.  The court has reviewed the papers filed and has determined that the motion is suitable for decision without further oral argument. See Local Rule 230(g).

Therefore, IT IS HEREBY ORDERED that the previously set hearing date of April 21, 2014, is VACATED, and no party shall appear at that time.  As of that date, the court will take the matter under submission and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:   April 16, 2014                                    _____
                                                                      SENIOR  DISTRICT  JUDGE